COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

LONNIE MATTHEWS AND
ARTIMUS C. MATTHEWS,                    §

                    Appellants,         §

v.                                      §

ALLIANCE BANK CENTRAL                   §
TEXAS, W.C. HALEY, AND
LYNDON L. OLSON, SR.,                   §

                    Appellees.

No. 08-15-00112-CV

Appeal from the

414th District Court

of McLennan County, Texas

(TC# 2014-4754-5)

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellants, Lonnie Matthews and Artimus C. Matthews, have failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

The trial court entered a summary judgment in favor of Appellees and Appellants filed a timely notice of appeal. Appellants did not pay the case filing fee of $195 or establish they are indigent in accordance with TEX.R.APP.P. 20.1. On April 8, 2015, the Clerk of the Court sent Appellants a letter notifying them that the case filing fee had not been paid and failure to pay it within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellants have not paid the filing fee, but they filed a letter,

dated May 12, 2015, stating, "We have this day dropped the appeals case for the above styled and numbered cause." We therefore dismiss the appeal for want of prosecution.

STEVEN L. HUGHES, Justice

May 27, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.